UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR206 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TRENTON SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 64). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 14, 2009, the Court entered a Preliminary Order of Forfeiture under Title 18, United States Code, Section 924(d), Title 26, United States Code, Sections 5841, 5861(d) and 5871, and Title 28, United States Code, Sections 2461(c), and 5872, based upon the Defendant's plea of guilty to Counts II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a STEN MK II, Long Branch model, 9mm machine gun, serial number 3L4941, and an ITHACA, Model 37 Featherlight, .12 gauge shotgun, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 11, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 14, 2009 (Filing No. 63).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 64) is hereby sustained.

B. All right, title and interest in and to the STEN MK II, Long Branch model, 9mm machine gun, serial number 3L4941, and an ITHACA, Model 37 Featherlight, .12 gauge shotgun, held by any person or entity, is hereby forever barred and foreclosed.

C. The STEN MK II, Long Branch model, 9mm machine gun, serial number 3L4941, and an ITHACA, Model 37 Featherlight, .12 gauge shotgun, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 15th day of July, 2009.

**BY THE COURT:**

s/ Laurie Smith Camp
**United States District Court**